**Ronald E. BROWN, Sr.,
Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–5052.

United States Court of Appeals,
Federal Circuit.

DECIDED: Feb. 25, 2003.

ON MOTION

*ORDER*

MICHEL, Circuit Judge.

Ronald E. Brown, Sr. moves for reconsideration of the court's order dismissing his appeal for failure to file a replacement brief, and for an extension of time, until March 31, 2003, to file his replacement brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted, the dismissal order is vacated, and the mandate is recalled. Brown's brief is due no later than March 31, 2003. No further extensions should be anticipated.

**Esteban G. QUIDILIG, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 03–3117.

United States Court of Appeals,
Federal Circuit.

DECIDED: Feb. 25, 2003.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.